**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| RICHARD JEWELL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:26-cv-02393-SHL-tmp |
| EDDIE NOEMAN, in his official capacity as | ) | |
| Mayor of Mason, Tennessee, EDDIE | ) | |
| NOEMAN, in his individual capacity, and | ) | |
| TOWN OF MASON, TENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DIRECTING THE PARTIES TO SUBMIT SETTLEMENT AGREEMENT FOR
COURT APPROVAL**

On June 11, 2026, the Parties filed a Notice of Settlement (ECF No. 13), notifying the Court that they had reached a settlement in this matter.  Thereafter, on June 29, the Parties filed a Joint Stipulation of Voluntary Dismissal with Prejudice.  (ECF No. 14).  However, because Plaintiff Richard Jewell's claims arise out of the Fair Labor Standards Act ("FLSA"), any settlement of this dispute requires the Court's approval.  See Steele v. Staffmark Investments, LLC, 172 F. Supp. 3d 1024, 1026–28 (W.D. Tenn. 2016).  Therefore, the Court hereby **ORDERS** the parties to submit the terms of the settlement agreement for the Court's approval by **July 14, 2026.**

**IT IS SO ORDERED,** this 30th day of June, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE